■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MACKEY, Appellant.—Judgment of the Supreme Court, Queens County, rendered July 28, 1975, and order of the Supreme Court, Queens County, rendered December 16, 1975, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, Acting P. J., Latham, Hawkins and O'Connor, JJ., concur.